UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| ROBERT SMITH,<br>       Plaintiff,<br><br>       v.<br><br>JAMES MORSE,<br>  In his official capacity as Commissioner of the Vermont Department For Children and Families,<br>       Defendant. | CIVIL ACTION NO. 2:05-cv-78<br><br>MOTION FOR<br><br>PRELIMINARY INJUNCTION |

Plaintiffs, through undersigned counsel, move this Court, pursuant to F.R.C.P. 65(a) for a preliminary injunction, enjoining Defendants from:

1. applying Defendant's unwritten policy of treating all loans as transfers for less than fair market value;

2. applying Defendant's unwritten policy of treating loans made by clients of Tapper Law Offices as transfers for less than fair market value;

3. assessing a transfer penalty against Plaintiff's transfer of funds from his revocable trust to his personal checking account;

4. assessing a transfer penalty against Plaintiff for fair market value loans he made to his sons.

Plaintiff seeks a hearing on this motion at the Court's earliest opportunity.

1

2

Dated at Springfield, Vermont this 28th day of March, 2005.

_____
Mark L. Tapper, Esq.
Tapper Law Offices
55 Clinton Street
Springfield, Vermont 05156
(802) 885-9666
000602582